# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA NAGY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORP.,<br><br>Defendant. | Case No. 19-cv-01664-BAS-WVG<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>**[ECF NO. 11]** |

Plaintiff moves to dismiss this action with prejudice as to the named Plaintiff and without prejudice as to the putative class pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 11.) Good cause appearing, the Court **DISMISSES WITH PREJUDICE** the action as to the named Plaintiff and **DISMISSES WITHOUT PREJUDICE** the action as to the putative class.  Each party shall bear their own attorneys' fees and costs.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

**DATED: January 17, 2020**

Hon. Cynthia Bashant
United States District Judge